**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| SPECIALTY HOSPITALS OF )<br>WASHINGTON, LLC, et al. )<br>)<br>      *Appellants*, )<br>)<br>v. )<br>)<br>DIRECT SUPPLY, INC., et al. )<br>)<br>      *Appellees*. ) | | Appeal No. 13-7066 |

MOTION TO EXTEND TIME FOR FILING APPELLANT BRIEF

    COMES NOW the Appellants Specialty Hospitals of Washington, LLC, and Specialty Hospitals of America, LLC, by and through undersigned counsel, and move this Honorable Court to extend the time provided to Appellants to file their Appellant Brief in this matter, pursuant to Fed. R. App. P. 26(b) and 27. In support of this Motion, Appellants state as follows:

1. Pursuant to Local Rule 27(h), counsel has attempted to obtain the consent of Appellees to the filing of this Motion and the relief requested herein. However, despite calls to their offices, counsel has been unable to reach Appellees and this Motion is filed without their consent. In the interests of time, counsel files this Motion and the required documents now despite his inability to reach Appellees and the limited ability they have had to return the phone call.

2. Counsel for Appellants recently experienced a resurgence of Crohn's Disease that has limited his schedule. During this time, counsel for Appellants was asked to handle three lawsuits for Appellants that have required immediate filings. One of these lawsuits

1

against Appellant was brought by Appellants' primary lender, the Branch Banking and Trust Company.

3. Appellants are currently exploring bankruptcy and may file for relief from its creditors within the next ten days.

4. In light of Counsel's health challenges, as well as the Appellant's financial issues, the Appellant asks that this Court extend the time with which to file the Appellants' brief for 30 days. Should Appellant be able to weather the financial storm, Counsel will be able to complete Appellants' brief and file it with this Court.

WHEREFORE, counsel prays that this Honorable Court grant this Motion and Order that Appellants be given an additional thirty (30) days with which to file their brief.

    Respectfully submitted,

    SPECIALTY HOSPITALS OF AMERICA, LLC

    SPECIALTY HOSPITAL OF WASHINGTON, LLC

    By:

    /s/ Kenneth H. Rosenau
    Kenneth H. Rosenau, Esq.
    D.C. Bar No. 342733
    ROSENAU & ROSENAU
    1304 Rhode Island Ave., NW
    Washington, DC 20005
    Tel: (202) 387-8680
    Fax: (202) 387-8682
    kenneth.rosenau@rosenaulaw.com

<u>CERTIFICATE OF SERVICE</u>

  I, Kenneth H. Rosenau, hereby certify that on this 6th day of November, 2013, a copy of the foregoing was served via the Court's Electronic Case File system on the following persons:

Douglas S. Crosno
Hogan Lovells LLP
555 13th Street NW
Washington, DC 20004

Emil Hirsch
Steven Pozefsky
BABC LLP
1615 L Street NW
Suite 1350
Washington, DC 20036

                /s/ Kenneth Rosenau
                Kenneth Rosenau, #342733