# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-7066** | **September Term, 2013** |
| | 1:11-cv-00683-JSG |
| | Filed On: October 22, 2013 [1465893] |

Direct Supply, Inc.,

    Appellee

    v.

Specialty Hospitals Of America, LLC and
Specialty Hospitals Of Washington, LLC,

    Appellants

Not-For-Profit Hospital Corporation,

    Appellee

## O R D E R

Upon consideration of appellants' motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | December 6, 2013 |
| Appendix | December 6, 2013 |
| Appellees' Brief | January 6, 2014 |
| Appellants' Reply Brief | January 21, 2014 |

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk