# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 13-7066** | **September Term, 2013** |
| | 1:11-cv-00683-JSG |
| | Filed On: January 10, 2014 [1474605] |

Direct Supply, Inc.,

    Appellee

    v.

Specialty Hospitals Of America, LLC and
Specialty Hospitals Of Washington, LLC,

    Appellants

Not-For-Profit Hospital Corporation,

    Appellee

## O R D E R

    Upon consideration of appellants' final motion for extension of time to file brief, and the response thereto, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 13, 2014 |
| Appendix | January 13, 2014 |
| Appellees' Brief | February 12, 2014 |
| Appellants' Reply Brief | February 26, 2014 |

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk