UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECIALTY HOSPITALS OF AMERICA, LLC, et al.<br><br>Appellants<br><br>v.<br><br>DIRECT SUPPLY, INC., et al.<br><br>Appellees | )<br>)<br>) Appeal No. 13-7066<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPELLEES DIRECT SUPPLY, INC. AND NOT-FOR-PROFIT HOSPITAL CORPORATION'S JOINT CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE APPELLEE BRIEFS**

Appellees Direct Supply, Inc. ("Direct Supply") and Not-for-Profit Hospital Corporation's ("NFP") respectfully file this joint consent motion to extend the deadline for filing their respective appellee briefs. The current deadline for filing appellee briefs is February 12, 2014. Appellees respectfully request an extension of time, up to and including February 28, 2014, to file their briefs. Counsel for appellants Specialty Hospitals of America, LLC and Specialty Hospitals of Washington, LLC (collectively, "Specialty Hospitals") consents to the motion. A proposed order is also attached.

As further grounds for this motion, Direct Supply and NFP state that this matter has been referred to the Court's mediation program. In order to further facilitate the mediation process, Direct Supply and NFP request a modest extension of time, up to and including February 28, 2014, to file their respective appellee briefs. Direct Supply and NFP further state that neither of them has previously

requested an extension of time in this appeal. In addition, as noted above, appellants have consented to the extension of time requested herein.

THEREFORE, for this and other good cause shown, appellees Direct Supply, Inc. and Not-for-Profit Hospital Corporation hereby respectfully request that this motion for an extension of time be granted.

Respectfully Submitted,

/s/ Douglas S. Crosno
William D. Nussbaum, DC Bar #941815
Douglas S. Crosno DC Bar # 482017
HOGAN LOVELLS US L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600
(202) 637-5910 (fax)

*Attorneys for Appellee Direct Supply, Inc.*

/s/Emil Hirsch
Emil Hirsch (D.C. Bar # 930479)
Steven A. Pozefsky (D.C. Bar # 477349)
Bradley Arant Boult Cummings LLP
1615 L Street, NW
Suite 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1694
Email: ehirsch@babc.com
spozefsky@babc.com

*Attorneys for Defendant Not-For-Profit Hospital Corporation*

\\DC - 086955/000003 - 4101256 v1

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECIALTY HOSPITALS OF<br>AMERICA, LLC, et al.<br><br>                Appellants<br><br>v.<br><br>DIRECT SUPPLY, INC., et al.<br><br>                Appellees | )<br>)<br>)  Appeal No. 13-7066<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING APPELLEES DIRECT SUPPLY, INC. AND NOT-FOR-PROFIT HOSPITAL CORPORATION'S JOINT CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE APPELLEE BRIEFS

Having considered Appellees Direct Supply, Inc. ("Direct Supply") and Not-for-Profit Hospital Corporation's ("NFP") joint consent motion to extend the deadline for filing their respective appellee briefs, it is hereby ORDERED that:

1. The motion is GRANTED; and

2. The deadline for appellees to file their respective appellee briefs is February 28, 2014; and

3. The deadline for appellants to file their reply brief is March 14, 2014.

SO ORDERED this _____ day of February 2014.

_____
Clerk of Court

3

\\DC - 086955/000003 - 4101256 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2014, a copy of the foregoing was served via the Court's ECF filings system on the following:

Emil Hirsch
Daniel Golden
Steven A. Pozefsky
Bradley Arant
Boult Cummings LLP
1615 L Street, NW
Suite 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1694
*Attorneys for Appellee Not-For-Profit Hospital Corporation*


Kenneth Rosenau
ROSENAU & ROSENAU
1304 Rhode Island Avenue, NW
Washington, DC 20005
Telephone: (202) 387-8680
Facsimile: (202) 387-8682
*Attorneys for Appellants Specialty Hospitals of America, LLC and Specialty Hospitals of Washington, LLC*


      /s Douglas S. Crosno
      Douglas S. Crosno

\\DC - 086955/000003 - 4101256 v1