# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-7066**  September Term, 2013

1:11-cv-00683-JSG

Filed On: February 11, 2014 [1479628]

Direct Supply, Inc.,

    Appellee

    v.

Specialty Hospitals Of America, LLC and
Specialty Hospitals Of Washington, LLC,

    Appellants

Not-For-Profit Hospital Corporation,

    Appellee

### O R D E R

    Upon consideration of appellee's consent motion for extension of time to file its brief to accommodate pending mediation, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | February 28, 2014 |
| Appellants' Reply Brief | March 14, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk